UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LaFOUNTAIN,<br>　　Plaintiff<br><br>v.<br><br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY,<br>　　Defendant | CIVIL ACTION<br>NO. 03-CV-30070 |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance on behalf of the defendant, Springfield Terminal Railway Company, in the above-captioned case.

Dated this 21st day of June, 2005.

THE DEFENDANT, STRC,
By its attorney

James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100

**CERTIFICATE OF SERVICE**

I, James J. Walsh, counsel for the defendant, hereby certify that I have this day, June 21, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas Lesser, Esquire
LESSER NEWMAN SOUWEINE & NASSER
39 Main Street
Northampton, MA 01060

James J. Walsh