UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

DAVID L. LaFOUNTAIN,           )
        Plaintiff              )
                              )
v.                            )        CIVIL ACTION
                              )        NO. 03-CV -30070
SPRINGFIELD TERMINAL          )
RAILWAY COMPANY,              )
        Defendant             )
_____)

## DEFENDANT'S ANSWER AND JURY CLAIM

1.    The defendant responds that the allegations in the
      Complaint speak for themselves.


### JURISDICTION

2.    At this time the defendant is without information
      sufficient to respond to the matters contained in this
      paragraph.  The defendant admits that FELA actions may be
      commenced in the Federal Court.


### PARTIES

3.    Admitted.
4.    Admitted.


### COUNT I
5.    The defendant admits that the plaintiff has been an
      employee of the defendant.  At this time, the defendant
      is unable to either admit or deny other matters contained
      in this paragraph.
6.    At this time, the defendant is without information
      sufficient to enable it to admit or deny the matters
      contained in this paragraph.

7.    At this time, the defendant is without information sufficient to enable it to admit or deny the matters contained in this paragraph.

8.    The defendant admits that the plaintiff worked as a welder.  Otherwise, the defendant is unable to admit or deny the remaining allegations of this paragraph.

9.    Denied.

10.    Denied.

11.    Denied.

## FIRST ADDITIONAL DEFENSE

And further answering, the defendant says that the plaintiff's claims are barred by the Statute of Limitations.

## SECOND ADDITIONAL DEFENSE

And further answering, the defendant says that if the plaintiff has suffered illness or injury, said illness was the result of conditions and causes for which the defendant is not legally responsible.

## THIRD ADDITIONAL DEFENSE

And further answering, the defendant says that if the plaintiff suffered illness or injury, said illness or injury was caused by his own negligence or lack of care.

**DEFENDANTS CLAIM TRIAL BY JURY.**

THE DEFENDANT, STRC,
By its attorney,

James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA  02110
(617) 426-6100

CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for the defendant, hereby certify that
I have this day, _____June 31_____, 2005, served a copy of the
foregoing document on the plaintiff herein by mailing same,
postage prepaid, to:

Thomas Lesser, Esquire
LESSER NEWMAN SOUWEINE & NASSER
39 Main Street
Northampton, MA   01060

_____
James J. Walsh