UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

DAVID L. LaFOUNTAIN,            )
     Plaintiff                  )
                                )
v.                              )    CIVIL ACTION
                                )    NO. 05-CV-30070
SPRINGFIELD TERMINAL            )
RAILWAY COMPANY,                )
     Defendant                  )
_____)

### DEFENDANT'S CERTIFICATION - LR 16.1(D)(3)

The defendant and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                    BOSTON & MAINE RAILROAD CO.

                    By_____
                       Cynthia S. Scarano
                       Director of Claims

                    _____
                    James J. Walsh (BBO #514560)
                    ATTORNEY FOR DEFENDANTS