```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF MASSACHUSETTS
```

DAVID L. LaFOUNTAIN,         )
    Plaintiff            )
                         )
v.                           )       CIVIL ACTION
                         )       NO. 05-CV-30070
SPRINGFIELD TERMINAL         )
RAILWAY COMPANY,             )
    Defendant            )
_____ )

**JOINT STATEMENT**

I.    Statement of the Case

       This case involves a Federal Employers' Liability Act claim brought by the plaintiff, David L. LaFountain, against his employer, Springfield Terminal Railway Company.

       The plaintiff alleges that he was a welder employed by the defendant and that he suffered from metal fume fever as a result of welding operations. The plaintiff alleges that this condition arose from the defendant's failure to provide a safe workplace.

II.   Joint Discovery Plan

   The attorneys for the parties have reached an agreement for a proposed pretrial schedule as follows:

   1.   Additional parties to be joined by February 1, 2006;
   2.   Amendments to pleadings to be completed by February 1, 2006;
   3.   Parties to exchange initial disclosures by November 1, 2005;
   4.   All fact discovery should be completed by March 1, 2006;
   5.   All experts who may be witnesses for the plaintiff shall be designated by March 1, 2006;
   6.   All experts who may be witnesses for the defendant shall be designated by April 1, 2006;
   7.   All expert deposition to be completed by July 15, 2006;
   8.   Motions for summary judgment to be filed by September 1, 2006.

III.  Joint Statement

   Attorney for the defendant, James J. Walsh, Esq. and attorney

for the plaintiff, Thomas Lesser, Esq., have conferred concerning the above proposed discovery schedule and expenses, and agree to limit discovery in accordance with Fed. R. Civ. P. 26(b). The parties agree that there is no need for phased discovery.

Counsel for the parties are each filing certifications, attached to this joint statement in accordance with the Court's Notice of Scheduling Conference of July 21, 2005.

    Respectfully submitted,
    The plaintiff,
    By his attorney,

    _____
    Thomas Lesser, BBO No.: 295000
    Lesser Newman, Souweine & Nasser
    39 Main Street
    Northhampton, MA 01060
    (413) 584-7331

    The defendant,
    By his attorney,

    _____
    James J. Walsh, BBO No.:514560
    Herlihy, Thursby, & Herlihy, LLP
    133 Federal Street
    Boston, MA 02110
    (617) 426-6100

Dated: _____