UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LaFOUNTAIN, <br><br> Plaintiff, <br><br> v. <br><br> SPRINGFIELD TERMINAL RAILWAY COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 3:05cv30070 |

PLAINTIFF'S COUNSEL'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)

I, Thomas Lesser, hereby depose and state:

1. I am a partner with the law firm of Lesser, Newman, Souweine & Nasser, which represents the plaintiff David L. LaFountain in the above-entitled action.

2. I have conferred with Mr. LaFountain with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Signed under the pains and penalties of perjury this twenty-second day of August, 2005.

_____
Thomas Lesser

1

## CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that I served a true copy of the foregoing on James J. Walsh, Esq., Herlihy, Thursby & Herlihy, 133 Federal Street, Boston, MA 02110 by mailing the same first class mail, postage prepaid on this twenty-second day of August, 2005.

_____
Thomas Lesser

LaFountain\Atty's Cert. Comp. 16.1(D)(3)
8/17/05