UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID L. LAFOUNTAIN, )
         Plaintiff )
)
v. ) Civil Action No. 05-30070-MAP
)
)
)
SPRINGFIELD TERMINAL RAILWAY )
CORPORATION, )
         Defendant )

SCHEDULING ORDER
August 25, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on this day:

1. The parties shall complete their automatic disclosures by September 30, 2005.

2. Additional parties shall be joined and amendments to pleadings completed by February 1, 2006.

3. All non-expert discovery, including depositions, shall be completed by March 1, 2006.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 3, 2006.

6. All expert depositions shall be completed by June 2, 2006.

7. Counsel shall appear for a case management conference on June 6, 2006, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: August 25, 2005

                                                /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge