```
                   UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF MASSACHUSETTS
_____
                              )
DAVID L. LaFOUNTAIN,          )
                              )
            Plaintiff,        )
                              )
v.                            )   CIVIL ACTION NO. 05-CV-30070
                              )
SPRINGFIELD TERMINAL RAILWAY  )
COMPANY,                      )
                              )
            Defendant.        )
_____)
```

JOINT MOTION TO EXTEND DISCOVERY SCHEDULE FOR 90 DAYS

Now come the parties in the above-entitled matter and hereby request this Honorable Court to extend the discovery schedule for a period of 90 days, from March 1, 2006 to June 1, 2006. In support thereof, the parties say as follows:

1. Extensive written discovery has been filed by both parties.

2. Due to scheduling conflicts, depositions have not been able to be completed.

3. The parties have depositions scheduled on March 31, 2006 and April 11, 2006. These are outside the present discovery deadline.

4. The parties expect that additional depositions will be required.

5. The status conference in this case is now scheduled for June 6, 2006 at 2:00 P.M.

6. An extension of the discovery schedule would expire

1

prior to the status conference.

For these reasons, the parties would request that the discovery deadline be extended.

                                            Respectfully submitted,
                                            The plaintiff,
                                            By his attorney,

Dated: February 27, 2006     /s/ Thomas Lesser

                                            Thomas Lesser, BBO No. 295000
                                            Lesser, Newman, Souweine & Nasser
                                            39 Main Street
                                            Northampton, MA 01060
                                            413-584-7331

                                            The defendant,
                                            By its attorney,

Dated: February 27, 2006     /s/ James J. Walsh

                                            James J. Walsh, Esq.
                                            Herlihy, Thursby & Herlihy
                                            133 Federal Street
                                            Boston, MA 02110

CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that the foregoing has been filed electronically and that it will be served electronically to registered ECF participant James J. Walsh, Esq., Herlihy, Thursby & Herlihy, 133 Federal Street, Boston, MA 02110, jwalsh@hthlaw.com, on this twenty-seventh day of February, 2006.

                                            /s/ Thomas Lesser

                                            Thomas Lesser

LaFountain\MFF\Jt. Motion to Extend Discovery
2/27/06