UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID LAFOUNTAIN,            )
        Plaintiff(s)    )
                            )
                            )
    v.                          )     Civil Action No. 05-30070-MAP
                            )
                            )
SPRINGFIELD TERMINAL         )
RAILWAY COMPANY,             )
        Defendant(s))

REVISED SCHEDULING ORDER
March 1, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Discovery (Document No. 11) and revises the schedule as follows:

1. All expert discovery, including depositions, shall be completed by June 1, 2006.

2. Counsel still shall appear for a case management conference on June 6, 2006, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge