UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

```
_____
                                   )
DAVID L. LaFOUNTAIN,               )
                                   )
           Plaintiff,              )
                                   )
v.                                 )    CIVIL ACTION NO. 05-CV-30070
                                   )
SPRINGFIELD TERMINAL RAILWAY       )
COMPANY,                           )
                                   )
           Defendant.              )
_____)
```

<u>JOINT MOTION TO CONTINUE STATUS CONFERENCE
FROM JUNE 6, 2006 TO JULY 5, 2006</u>

Now come the parties in the above-entitled matter and hereby move this Honorable Court to continue the status conference now scheduled for June 6, 2006 to July 5, 2006. In support thereof, the parties say as follows:

1. Thomas Lesser, the attorney for the plaintiff, found out during a recent telephone conversation with Bethaney Healy, Clerk to United States Magistrate Kenneth Neiman, that the status conference originally scheduled for June 6, 2006 will have to be rescheduled due to the unavailability of the Court on that date.

2. Thomas Lesser then contacted defense counsel for an alternate date for the status conference.

3. It was determined that the next available date for both the Court and counsel, due to their trial and vacation schedules, is July 5, 2006.

For these reasons, the parties request that the status

1

conference be continued to July 5, 2006 at 10:30 A.M.

                                                  Respectfully submitted,
                                                  The plaintiff,
                                                  By his attorney,

Dated:  May 19, 2006            /s/ Thomas Lesser
                                        Thomas Lesser, BBO No. 295000
                                        Lesser, Newman, Souweine & Nasser
                                        39 Main Street
                                        Northampton, MA 01060
                                        413-584-7331

                                        The defendant,
                                        By its attorney,

Dated:  May 19, 2006            /s/ James J. Walsh
                                        James J. Walsh, Esq.
                                        Herlihy, Thursby & Herlihy
                                        133 Federal Street
                                        Boston, MA 02110

## CERTIFICATE OF SERVICE

    I, Thomas Lesser, hereby certify that on the nineteenth day of May, 2006, the foregoing document was filed electronically and will be served electronically on the defendant's counsel of record:  registered ECF participant James J. Walsh, Esq., Herlihy, Thursby & Herlihy, 133 Federal Street, Boston, MA 02110.

                                                  /s/ Thomas Lesser
                                                Thomas Lesser

LaFountain\MFF\Jt. Motion to Cont. Status Conf.
5/19/06