UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


DAVID L. LAFOUNTAIN,
              Plaintiff        )
                               )
              v.               ) C.A. NO. 05-30070-MAP
                               )
SPRINGFIELD TERMINAL           )
RAILWAY COMPANY,               )
              Defendant        )


FURTHER SCHEDULING ORDER

October 19, 2006

PONSOR, D.J.

        Counsel for both parties appeared for a final pretrial
conference on October 17, 2006.  Based on counsel's request,
this case is hereby referred to Chief Magistrate Judge Kenneth
P. Neiman for mediation to take place during the last two weeks
of January 2007.

        In the event that mediation is unsuccessful, trial in this
matter will commence on May 14, 2007 at 10:00 a.m.  Counsel
will appear at 9:00 a.m. for a brief conference prior to the
commencement of jury selection.  Motions in limine, proposed
voir dire questions and proposed jury instructions will be
filed no later than May 7, 2007.


        It is So Ordered.


                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge