# HERLIHY, THURSBY AND HERLIHY, LLP
## COUNSELLORS AT LAW
133 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
TELEPHONE (617) 426-6100
FAX (617) 482-0288

JOHN J. C. HERLIHY
(1927-2003)

KAREN M. THURSBY
T. MARK HERLIHY

NANCY J. CAMPANY
OF COUNSEL

JAMES J. WALSH
ELLEN M. HERLIHY

January 12, 2007

Clerk Bethany Healy
Civil Clerk's Office
United States District Court
1550 Main Street
Springfield, MA  01103

RE:  David L. LaFountain
VS.  Springfield Terminal Railway Company
     CIVIL ACTION NO.:  05-CV-30070
     MEDIATION SCHEDULED FOR 2/23/07 AT 10:00 AM

Dear Clerk Healy:

As I advised by telephone message on January 11, 2007, my principal from the defendant is unable to attend the mediation scheduled for February 23, 2007. I contacted Mr. Lesser and the dates of Wednesday, February 28, 2007, and Thursday, March 1, 2007, are open for all parties.

Would you kindly advise whether the Court can reschedule for one of those dates.

Thank you.

Very truly yours,

James J. Walsh

JJW/emh
CC:  Thomas Lesser, Esq.