UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LaFOUNTAIN,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINGFIELD TERMINAL RAILWAY COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 05-CV-30070 |

PLAINTIFF'S MOTION TO CONTINUE MEDIATION (ASSENTED TO)

Now comes the plaintiff in the above-entitled matter and hereby requests this Honorable Court to continue the mediation now scheduled for February 28, 2007 until March 9, 2007. In support thereof, the plaintiff says as follows:

1. The mediation was originally scheduled for February 23, 2007, but was continued at the request of the defendant. The plaintiff inadvertently did not note the change in his datebook and has a conflict on February 28, the date now scheduled for mediation.

2. The Court has March 9, 2007 available for mediation and both parties are amenable to the change.

3. A continuance of the mediation will allow the <u>Butynski v. Springfield Terminal Railway Company</u> status conference to be moved forward to March 9, 2007.

4. A delay of ten days in the date of the mediation will

1

allow the parties the opportunity to clarify whether the railroad complied with its duties under 29 C.F.R. §1910 et seq., which is a critical issue in the case.

5. 29 C.F.R. §1910 sets forth requirements with regard to the use of respirators by welders, such as Mr. LaFountain.

6. The defendant did not supply documents pursuant to discovery indicating that appropriate testing and determinations were made pursuant to 29 C.F.R. §1910.

7. However, at deposition, an STRC employee testified it was his understanding that such compliance had been made, at least in part.

8. Ten additional days will allow STRC to locate any documents indicating compliance.

For these reasons, the plaintiff requests that the motion to continue be granted.

                                      Respectfully submitted,
                                      The plaintiff,
                                      By his attorney,

Dated: February 26, 2007      /s/ Thomas Lesser
                                      Thomas Lesser, BBO No. 295000
                                      Lesser, Newman, Souweine & Nasser
                                      39 Main Street
                                      Northampton, MA 01060
                                      413-584-7331

```
                              Assented,
                              The defendant,
                              By its attorney,


Dated:   February 26, 2007    /s/ James J. Walsh
                              James J. Walsh, Esq.
                              Herlihy, Thursby & Herlihy
                              133 Federal Street
                              Boston, MA 02110
```

## CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on the twenty-sixth day of February, 2007, the foregoing document was filed electronically and will be served electronically on the defendant's counsel of record: registered ECF participant James J. Walsh, Esq., Herlihy, Thursby & Herlihy, 133 Federal Street, Boston, MA 02110.

```
                              /s/ Thomas Lesser
```

LaFountain\MFF\Motion to Continue Mediation
2/26/07