**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DAVID LAFOUNTAIN
              Plaintiff

V.

SPRINGFIELD TERMINAL RAILWAY
              Defendant

CIVIL ACTION

NO.  05-30070-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  March 9, 2007,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE        __ EARLY NEUTRAL EVALUATION

       X  MEDIATION        __ SUMMARY BENCH / JURY TRIAL

      __ MINI-TRIAL        __ FOLLOWUP CONFERENCES

[X]    All parties were represented by counsel

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]    Settled.  A __ day order of dismissal has been entered.

[X]    There was progress.  A followup telephone conference is scheduled for March 20, 2007, at 3:00 p.m.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:

March 9, 2007
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge