## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID LAFOUNTAIN,
        Plaintiff

        V.

SPRINGFIELD TERMINAL RAILWAY CO.,

        Defendant

CIVIL ACTION

NO.  05-30070-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On March 9, 2007, and on subsequent dates   I held the following ADR proceeding:

      __  SCREENING CONFERENCE      __  EARLY NEUTRAL EVALUATION
      _X_  MEDIATION      __  SUMMARY BENCH / JURY TRIAL
      __  MINI-TRIAL      _X_  FOLLOWUP CONFERENCES

[X]    All parties were represented by counsel.

[X]    The parties were present for mediation in person, by telephone or by authorized corporate officer or representative

      The case was:

[X]    Settled.  A 30 day order of dismissal has been entered.

[ ]    There was progress.  A followup telephone conference is scheduled for _____.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

April 26, 2007                           /s/ Kenneth P. Neiman
DATE                                   ADR Provider

                                                 KENNETH P. NEIMAN, Chief Magistrate Judge