UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID LAFOUNTAIN,            )
       Plaintiff    )
                    )
                    )
   v.                       )    Civil Action No. 05-30070-MAP
                    )
                    )
SPRINGFIELD TERMINAL RAILWAY )
COMPANY,                     )
       Defendant    )

SETTLEMENT ORDER OF DISMISSAL
April 26, 2007

The court has been advised that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk