UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LaFOUNTAIN, <br><br> Plaintiff, <br><br> v. <br><br> SPRINGFIELD TERMINAL RAILWAY COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 05-CV-30070 |

MOTION TO EXTEND 30-DAY SETTLEMENT ORDER OF DISMISSAL

Now comes the plaintiff David LaFountain in the above-entitled matter and hereby requests this Honorable Court to extend the 30-day settlement order of dismissal now due to expire on May 26, 2007 for 14 days, to June 9, 2007. In support thereof, the plaintiff says as follows:

1. The motion is being filed without an assent because the defendant's counsel, James Walsh, is on vacation this week.

2. A 30-day settlement order of dismissal was entered by Magistrate Judge Kenneth P. Neiman on April 26, 2007.

3. The parties executed a Settlement Agreement, which was contingent upon the plaintiff Mr. LaFountain returning to work for the defendant Springfield Terminal Railway Company.

4. Mr. LaFountain has been examined by a doctor for the defendant and it appears that his medical condition may prevent him from returning to work.

1

5. Accordingly, the parties are negotiating an amended Ssettlement Agreement, in which Mr. LaFountain will waive his right to return to work.

6. It is expected that a final Settlement Agreement can be filed within the next 14 days.

For these reasons, Mr. LaFountain would request that the motion be granted.

                                            Respectfully submitted,
                                            The plaintiff,
                                            By his attorney,

Dated: May 24, 2007        /s/ Thomas Lesser
                                      Thomas Lesser, BBO No. 295000
                                      Lesser, Newman, Souweine & Nasser
                                      39 Main Street
                                      Northampton, MA 01060
                                      413-584-7331

### CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on the twenty-fourth day of May, 2007, the foregoing document was filed electronically and will be served electronically on the defendant's counsel of record: registered ECF participant James J. Walsh, Esq., Herlihy, Thursby & Herlihy, 133 Federal Street, Boston, MA 02110.

                                            /s/ Thomas Lesser

LaFountain\MFF\Motion to Extend 30-Day SOoD
5/24/07