AMENDED SETTLEMENT AGREEMENT

Whereas, David L. LaFountain has filed a complaint against Springfield Terminal Railway Company ("STRC"), now pending in the United States District Court for the Western District of Massachusetts, Civil Action No. 3:05-cv-30070,

And whereas, the parties, their successors, assigns and affiliates, wish to settle said action,

And whereas, the parties filed a Settlement Agreement with the United States District Court on April 27, 2007,

And whereas, that Settlement Agreement was contingent upon David LaFountain being accepted back for duty at STRC with all his retained seniority rights,

And whereas, it appears that Mr. LaFountain may not be medically fit for duty at STRC,

And whereas, David LaFountain is willing to waive his right to be accepted back for duty at STRC,

Now, therefore, the parties agree as follows:

1. STRC will pay David LaFountain the sum of $175,000.00 in full settlement of the above lawsuit, including but not limited to any type of pulmonary claim related to a failure to provide proper respiratory protection equipment, as well as any other claims for personal injury other than claims that are unknown at this time.

2. The sum of $175,000.00 will be made in three payments: $60,000.00 on or before September 10, 2007, $60,000.00 on or before October 10, 2007, and $55,000.00 on or before November 10, 2007.

1

If the payments are not made on those dates, STRC will pay interest at the rate of ten percent per annum on the outstanding amount. If the payment(s) are not made in full by January 10, 2008, Mr. LaFountain shall have the right to bring an action to compel payment.

3. Mr. LaFountain agrees to waive and forfeit his seniority rights at STRC and agrees that he will not apply for employment at STRC in the future.

Dated:   June 1, 2007          /s/ David L. LaFountain
                               David L. LaFountain


Dated:   June 7, 2007          /s/ Cynthia Scarano
                               Springfield Terminal Railway Company

                               By:   Cynthia Scarano
                                     Vice President, Human Resources

LaFountain\MFF\Amended Settlement Agreement
6/14/07

2